UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES HAROLD LAWSON

    Petitioner,

-v-

ROBIN KNAB, Warden

    Respondent.

Case No. C-3:11-cv-183

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

**ENTRY AND ORDER OVERRULING LAWSON'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #4) AND TO THE MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. #6); ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #3) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. #5) IN THEIR ENTIRETY; DENYING LAWSON'S APPLICATION WITHOUT PREJUDICE; DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*; DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY; AND TERMINATING THIS CASE**

---

  This matter comes before the Court pursuant to pro se Petitioner James Harold Lawson's ("Lawson's") Objections to Magistrate Judge Michael R. Merz's Report and Recommendations (doc. #4) and Lawson's Objections to Magistrate Judge Merz's Supplemental Report and Recommendations (doc. #6). The Complaint in this matter has not yet been served. Lawson's Objections are, thus, ripe for decision.

  Both Report and Recommendations reach the same conclusion: Lawson has not demonstrated that this Court has jurisdiction over his Application.

  As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Lawson's Objections to the Magistrate Judge's Report and Recommendations and his

Objections to the Magistrate Judge's Supplemental Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations are adopted in their entirety.

Lawson's Application is dismissed without prejudice because Lawson has not shown that this Court has jurisdiction. Further, Lawson is denied leave to appeal in forma pauperis and any requested certificate of appealability. Finally, The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Fifth Day of July, 2011.

                                                **s/Thomas M. Rose**

                                                THOMAS M. ROSE
                                        UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
James Harold Lawson at his last address of record